IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTHONY SCOTT JOHNSON, #1024898 | § | |
| VS. | § | CIVIL ACTION NO. 5:11cv9 |
| RICK THALER, ET AL. | § | |

**O R D E R**

Plaintiff Anthony Scott Johnson, a Texas prison inmate, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that Plaintiff's motion for an injunction or temporary restraining order should be denied. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Plaintiff are without merit. It is accordingly

**ORDERED** that Plaintiff's motion for an injunction or temporary restraining order (docket entry #8) is **DENIED**.

**SIGNED this 4th day of April, 2011.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE